UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**
**JS-6**

| | | | |
|---|---|---|---|
| Case No. | CV 23-07557-SPG-MRW | Date | January 3, 2024 |
| Title | Fekadu Teferi v. Patton State Hospital et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**   (IN CHAMBERS)

　　The matter is dismissed without prejudice based on plaintiff's failure to comply to the Court's order filed at ECF No. 4.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：　　　　

　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer    pg